## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CASE NO.: 19-31537 |
| **SIBAHAM LTD. f/k/a** ) | **MOTION IN SUPPORT OF** |
| **MAHABIS LIMITED** ) | |
| ) | **APPLICATION/DECLARATION** |
| ) | **FOR SPECIAL ADMISSIONS** |
| _____ / | |

The Undersigned Counsel, Attorney Paul S. Rothstein, moves this Court for entry of an Order to grant him Special Admission status in the above-styled case and in support of this Motion, states:

1. Local Rule 2090-2(b)(2) allows for Special Admission "where the amount in controversy or the importance of the case do not appear to justify double employment of counsel." By granting Special Admission status, Undersigned Counsel would not have to associate local counsel.

2. The circumstances of this case warrant Undersigned Counsel be granted Special Admission. Undersigned Counsel represents the Objecting Parties, Penwah and Dennis Thomas. Undersigned Counsel has represented them in trying to resolve their claims against the Debtor in UK Proceeding.

3. Undersigned Counsel has received notice of these proceedings on Thursday, December 19, 2019. The emergency nature of these proceedings requires Undersigned Counsel to prepare appropriate response documents in an expedited fashion.

4. Undersigned Counsel will file motions to vacate entered orders and request for other relief by Tuesday, December 24, 2019. Those documents confirm that Undersigned Counsel received no prior notice of these proceedings before entry of the orders. Moreover, In the summer of 2019, Mr. Rothstein began communications with Gareth Roberts at KRE Corporate Recovery LLP.

Administrator/Liquidator for SIBAHAM LTD. (F/K/A MAHABIS LTD.). On September 4, 2019, Mr. Rothstein's office transmitted a formal pre-suit demand, including over 500 complaints regarding the product subject of the Complaint, a draft class action complaint and a detailed description of the liability and damage alleged. On September 10, 2019, Mr. Roberts emailed Mr. Rothstein's office and said: "We have discussed this matter with our solicitors and they will be responding to you in due course." Mr. Rothstein followed up with an email that same day, on September 10, 2019. Since September 10, 2019, Mr. Rothstein has received no further communication from Mr. Roberts until a copy of the Chapter 15 Order was sent via Federal Express Overnight Mail.

5. Undersigned Counsel Application/Declaration for Special Admissions in these proceedings is attached and made a part of this Motion as Exhibit 1.

6. **WHEREFORE**, Undersigned Counsel, Paul S. Rothstein requests that this Court enter an Order granting him Special Admissions status.

Dated December 23, 2019        Respectfully submitted,

  /s/Paul S. Rothstein___   Special Admission Status Requested
Attorney Paul S. Rothstein
Fl. Bar. No. 310123
Penwah and Dennis Thomas
Attorney Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, FL 32601
(352)376-7650
(352)-374-7133
psr@rothsteinforjustice.com

**CERTFIICATE OF SERVICE**

I hereby certify that on the 23rd day of December 2019, the foregoing **UNDERSIGNED COUNSEL'S MOTION IN SUPPORT OF APPLICATION/ DECLARATION FOR SPECIAL ADMISSIONS** and a copy of has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U.S. Bankruptcy Court of the Western, District Court of North Carolina by using the CM/ECF system.

/s/ *Paul S. Rothstein*
Paul S. Rothstein

# EXHIBIT 1

## APPLICATION/DECLARATION FOR SPECIAL ADMISSIONS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                              )
                                    )    Case No. 19-31537
SIBAHAM LIMITED f/k/a               )    Chapter 15
MAHABIS LIMITED                     )
                                    )    **Application/Declaration for**
                                    )    **Special Admission**
Debtor in a Foreign Proceeding.     )


(1) <u>Name</u>.    Paul                S.              Rothstein
                   First              Middle              Last

(2) <u>Residence</u>. I reside in the following state: Florida

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Attorney Paul S. Rothstein P.A.
   Mailing address: 626 N.E. First Street            City/State/Zip: 32601
   Telephone number: (352) 376-7650
   Facsimile number: (352) 374-7133
   E-mail address: psr@rothsteinforjustice.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of North Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States Bankruptcy Court for the Western District of North Carolina I consent to the jurisdiction of the United States Bankruptcy Court for the Western District of North Carolina in all matters of attorney conduct.

(5) I am a member in good standing of the Northern District of Florida, proof of which will be filed on December 24, 2019.

   Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date of Admittance | Good Standing |
|---|---|---|
| Middle District of Florida | 4/30/1981 | Yes |

Page 1 of 2

| | | |
|---|---|---|
| Northern District of Florida | 10/6/1982 | Yes |
| 11th Circuit Court of Appeals | 10/20/1989 | Yes |
| 5th Circuit Court of Appeals | 12/8/2008 | Yes |
| 2nd Circuit Court of Appeals | 11/21/2012 | Yes |
| Northern District of California | 1/23/2013 | Yes |
| 9th Circuit Court of Appeals | 6/26/2013 | Yes |
| District Court of Colorado | 7/11/2014 | Yes |
| Southern District of Texas | 8/21/2014 | Yes |
| 10th Circuit Court of Appeals | 10/17/2014 | Yes |
| Northern District of Illinois | 02/8/2018 | Yes |
| Southern District of California | 8/20/2015 | Yes |
| Southern District of Florida | 3/31/2017 | Yes |
| Supreme Court of Ohio | 7/5/2017 | Yes |
| 3rd Circuit Court of Appeals | 7/25/2017 | Yes |

(6) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☐XNo

(7) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes ☐XNo

(8) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes ☐X No

(9) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of North Carolina or another court in the state of North Carolina?
☐ Yes ☐X No

(10) Electronic Notification. By submitting this application, I consent to electronic notification.

(11) Represented Party/Parties. I seek to represent the following party/parties:
Penwah Thomas and Dennis Thomas

**The statements contained in this two page Declaration for Special Admission are made under penalties of perjury and are of personal knowledge and true and correct.**

By:/s/ *Paul S. Rothstein* _____
Signature of Applicant

Page 2 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

RICHARD MILDENBERGER
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Gainesville Division

December 20, 2019

## CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **Paul Stuart Rothstein, Florida Northern District Bar Number 310123**, was duly admitted to practice in this Court on **October 6, 1982**, and is in good standing as a member of the Bar of this Court.

JESSICA J. LYUBLANOVITS
**CLERK OF COURT**

BLAIR PATTON, DEPUTY CLERK

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
100 North Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX